**Lloyd DAWSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 30071.**

Court of Criminal Appeals of Texas.

Nov. 5, 1958.

Rehearing Denied Jan. 7, 1959.

Croslin & Pharr, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

On June 13, 1957, appellant waived a jury and pleaded guilty to the felony offense of driving a motor vehicle upon a public highway while intoxicated. The court assessed his punishment at two years confinement in the penitentiary and granted probation.

On January 10, 1958, after hearing, the State's motion to revoke probation was granted, sentence was pronounced and notice of appeal was given.

No statement of facts appears in the record and the proceedings appear to be regular.

The judgment is affirmed.

On Motion for Rehearing

BELCHER, Commissioner.

Appellant for the first time, by motion for rehearing, insists that no final judgment has been entered of record in this cause and for this reason the appeal should be dismissed.

By supplemental transcript the record now reflects that the judgment in this cause was properly entered in the minutes of the Court.

The motion for rehearing is overruled.

Opinion approved by the Court.